# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Enova Technology Corporation   v.   Seagate Technology (US) Holdings, Inc.

No. 16-1287

## ENTRY OF APPEARANCE   [AMENDED]

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se   ☒ As counsel for: Enova Techology Corporation
                              Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant

☒ Appellant   ☐ Appellee   ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant   ☐ Respondent or appellee

Name: Darryl M. Woo
Law Firm: VINSON & ELKINS LLP
Address: 555 Mission Street, Suite 2000
City, State and Zip: San Francisco, CA 94105
Telephone: 415-979-6980
Fax #: 415-520-5377
E-mail address: dwoo@velaw.com

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 3/24/1999

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☐ Yes   ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date 1/28/2016   Signature of pro se or counsel /s/ Darryl M. Woo

cc: All Counsel of Record

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  January 28, 2016
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Darryl M. Woo | /s/ Darryl M. Woo |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | VINSON & ELKINS LLP |
| Address | 555 Mission Street, Suite 2000 |
| City, State, Zip | San Francisco, CA  94105 |
| Telephone Number | 415-979-6980 |
| Fax Number | 415-520-5377 |
| E-Mail Address | dwoo@velaw.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.